[No. 33974-2-III.  Division Three.  December 6, 2016.]

LIZ TATE, *Appellant*, v. TATE TRANSPORTATION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-2-00817-2, John W. Lohrmann, J., entered December 3, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 32683-7-III.  Division Three.  December 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY LENY BETANCOURTH, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-01561-4, David A. Elofson, J., entered August 5, 2014. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Pennell, JJ.

[No. 33318-3-III.  Division Three.  December 8, 2016.]

MARY HEDMAN, *Appellant*, v. W. DALE CRUM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-03477-2, Harold D. Clarke III, J., entered April 8, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.